# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JENNIFER L. ZINS,**

        **Plaintiff,**

-vs-                             **Case No.  6:06-cv-854-Orl-28JGG**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO REMAND (Doc. No. 22)** |
| **FILED:** | **April 13, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Defendant, the Commissioner of Social Security, moves to reverse its decision and remand the

case for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Specifically, the

Commissioner seeks remand for the following reasons:

> On remand, the administrative law judge (ALJ) will evaluate and
> discuss the medical opinions and assessments and provide an
> appropriate rationale for accepting and/or rejecting any opinion or
> portions of an opinion. The ALJ will assess and give additional
> consideration to Plaintiff's Residual Functional Capacity (RFC)
> including handling, fingering and/or grip limitations, if any.  Finally,
> the ALJ will obtain Vocational Expert testimony to clarify the effect of
> any assessed limitations on Plaintiff's occupational base.

Docket 22 at 1-2.  Plaintiff does not oppose the Commissioner's motion.

It is therefore **RECOMMENDED** that:

1.      The Court grant the Commissioner's motion to reverse and remand the action; and

2.      The Court direct the Clerk to enter judgment in favor of Plaintiff, with remand to the

Commissioner for further action consistent with the motion.

Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking

the factual findings on appeal.

Recommended in Orlando, Florida on April 16, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon, II