UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER L. ZINS,

          Plaintiff,

-vs-                                Case No. 6:06-cv-854-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion to Remand (Doc. No. 22) filed April 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 16, 2007 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Remand is **GRANTED**.

    3.    The Clerk shall enter judgment in favor of Plaintiff, with remand to the Commissioner for further action consistent with the motion.

    4.    The Clerk shall thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 7th day of May, 2007.

	JOHN ANTOON II
	United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party