**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER L. ZINS,**

                  **Plaintiff,**

**-vs-**                                                    **Case No.  6:06-cv-854-Orl-28UAM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                  **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES PURSUANT TO EAJA  (Doc. No. 26)** |
| **FILED:** | **August 3, 2007** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

    The plaintiff, Jennifer L. Jeffcoat-Zins, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  A final judgment reversing and remanding the decision below was entered on May 8, 2007.  Doc. No. 25.  An award of fees is, therefore, ripe for consideration.

    Zins's attorney seeks $4,364.76 in attorney's fees for 26.4 hours of work.  The hourly rate she seeks is $162.57 for work performed in 2006, and $165.93 for work performed in 2007 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in

the cost of living.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  After reviewing the papers submitted by Zins, I find that the fees requested are appropriate in the absence of objection.

**IT IS RECOMMENDED** that the Court grant Zins's motion for attorney's fees in the amount of $4,364.76, and that the Commissioner pay the amount directly to Zins's attorney, Shea Fugate, pursuant to the  Assignment of EAJA Fee attached to the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 7, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon, II