UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER L. ZINS,

              Plaintiff,

-vs-                                      Case No. 6:06-cv-854-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.
_____

## ORDER

This case is before the Court on the Unopposed Motion for Attorney's Fees pursuant to EAJA (Doc. No. 26) filed August 3, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 7, 2007 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Attorney's Fees is **GRANTED** in the amount of $4,364.76. The Commissioner shall pay this amount directly to the Plaintiff's attorney, Shea Fugate, pursuant to the Assignment of EAJA Fee attached to the motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of August, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party